**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY SCHER,

    Plaintiff,

v.

COUNTY OF CONTRA COSTA, et al.,

    Defendants.
_____/

No. C 09-06034 JSW

**ORDER REFERRING CASE TO MAGISTRATE JUDGE**

Pursuant to Civil Local Rule 72-1 and the parties' consent, the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: March 1, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE