1  Amitai Schwartz (State Bar No. 55187)
   Moira Duvernay (State Bar. No. 233279)
2  Law Offices of Amitai Schwartz
   Watergate Towers
3  2000 Powell Street, Suite 1286
   Emeryville, CA 94608
4  Telephone: (510) 597-1775
   Facsimile:  (510) 597-0957
5  attorneys@schwartzlaw.com

6  Attorneys for Plaintiff
     Danny Scher
7

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANNY SCHER, | No. Civ. 09-06034 BZ |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |
| vs. | |
| COUNTY OF CONTRA COSTA, et al., | |
| Defendants. | Case Management Conference Currently Set for March 29, 2010 4:00 p.m., |

The parties are attempting to settle this matter and will attend a court sponsored mediation on March 29, 2010 before retired Contra Costa Superior Court Judge Ellen James at JAMS in Walnut Creek. This is the day she is available. The case management conference is scheduled for later the same day. In order to given the parties the entire day to mediate, if necessary, the parties request that the court continue the case management conference for one week to April 5, 2010.

//

//

//

Stip and Proposed Order
Case No. Civ-09-6034 BZ

1 | Subject to the approval of the Court, the parties respectfully request the case
2 | management conference be continued to April 5, 2010 at 4:00 p.m.

IT IS SO STIPULATED.

Dated: March 16, 2010    By:    /s/ Amitai Schwartz
                                Counsel for Plaintiff


Dated: March 16, 2010    By:    /s/ Thomas Geiger
                                Supervising Deputy County Counsel
                                Counsel for Defendants

ORDER

For good cause, the case management conference in this matter is continued to April 5, 2010 at 4:00 p.m.

IT IS SO ORDERED.

Dated: 16 March 2010    _____
                        Bernard Zimmerman
                        United States Magistrate Judge