1  Amitai Schwartz (State Bar No. 55187)
   Moira Duvernay (State Bar. No. 233279)
2  Law Offices of Amitai Schwartz
   Watergate Towers
3  2000 Powell Street, Suite 1286
   Emeryville, CA 94608
4  Telephone: (510) 597-1775
   Facsimile:  (510) 597-0957
5  attorneys@schwartzlaw.com

6  Attorneys for Plaintiff
      Danny Scher
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  DANNY SCHER,                      )    No.  Civ. 09-06034 BZ
                                      )
12            Plaintiff,              )
                                      )    STIPULATION TO CONTINUE
13       vs.                          )    CASE MANAGEMENT
                                      )    CONFERENCE AND [PROPOSED]
14  COUNTY OF CONTRA COSTA, et        )    ORDER
    al.,                              )
15                                    )
              Defendants.             )    Case Management Conference
16  _____  )    Currently Set for March 29, 2010
                                           4:00 p.m.,
17

18
        The parties are attempting to settle this matter and will attend a court
19
    sponsored mediation on  March 29, 2010 before retired Contra Costa Superior
20
    Court Judge Ellen James at JAMS in Walnut Creek.   This is the day she is
21
    available.  The case management conference is scheduled for later the same day.
22
    In order to given the parties the entire day to mediate, if necessary, the parties
23
    request that the court continue the case management conference for one week to
24
    April 5, 2010.
25
    //
26
    //
27
    //
28

1     Subject to the approval of the Court, the parties respectfully request the case

2 management conference be continued to April 5, 2010 at 4:00 p.m.

3

4     IT IS SO STIPULATED.

5

6     Dated: March 16, 2010     By:    /s/ Amitai Schwartz
                                           Counsel for Plaintiff

7

8

9

10     Dated: March 16, 2010     By:    /s/ Thomas Geiger
                                           Supervising Deputy County Counsel
                                         Counsel for Defendants

11

12

13                                ORDER

14     For good cause, the case management conference in this matter is continued

15 to April 5, 2010 at 4:00 p.m.

16

17 IT IS SO ORDERED.

18

19 Dated: _/6 March 2010_

20                                        Bernard Zimmerman
                                       United States Magistrate Judge

21

22

23

24

25

26

27

28