Amitai Schwartz (State Bar No. 55187)
Moira Duvernay (State Bar. No. 233279)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone: (510) 597-1775
Facsimile: (510) 597-0957
attorneys@schwartzlaw.com

Attorneys for Plaintiff
 Danny Scher

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY SCHER,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>  Defendants. | No. Civ. 09-06034 BZ<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND REQUEST TO STAY ALL PROCEEDINGS PENDING APPROVAL OF SETTLEMENT<br><br>[~~PROPOSED~~] ORDER<br><br>Case Management Conference Currently Set for April 5, 2010 4:00 p.m. |

On March 29, 2010 the parties reached a tentative settlement of this action with the assistance of court appointed mediator Ellen S. James. The settlement is subject to approval and action by the Contra Costa County Board of Supervisors.

Because the County must follow a series of procedures in order finally to approve the settlement and take the required action, the parties have agreed that the County may have until June 30, 2010 to approve the settlement.

| | | | |
|---|---|---|---|
| 1 | Therefore, the parties respectfully request that the Court stay all further | | |
| 2 | proceedings in this action until July 1, 2010 and also continue the currently | | |
| 3 | scheduled Case Management Conference. | | |
| 4 | Subject to the approval of the Court, the parties request that the Case | | |
| 5 | Management Conference be continued to July 12, 2010 at 4:00 p.m.. | | |

IT IS SO STIPULATED.

Dated: March 30, 2010        By:    /s/ Amitai Schwartz
                                    Counsel for Plaintiff


Dated: March 30, 2010        By:    /s/ Thomas L. Geiger
                                    Supervising Deputy County Counsel
                                    Counsel for Defendants


## ORDER

For good cause, all proceedings in this action are stayed through and including July 1, 2010. The case management conference in this matter is continued to July 12, 2010 at 4:00 p.m.

The parties shall stipulate to dismissal of the action or inform the Court at the earliest practical time of any developments affecting the foregoing schedule.

IT IS SO ORDERED.

Dated: 1 April 2010

Bernard Zimmerman
United States Magistrate Judge

Stip and Proposed Order
Case No. Civ-09-6034 BZ                    2