1  Amitai Schwartz (State Bar No. 55187)
   Moira Duvernay (State Bar. No. 233279)
2  Law Offices of Amitai Schwartz
   Watergate Towers
3  2000 Powell Street, Suite 1286
   Emeryville, CA 94608
4  Telephone: (510) 597-1775
   Facsimile:  (510) 597-0957
5  attorneys@schwartzlaw.com

6  Attorneys for Plaintiff
     Danny Scher

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY SCHER, | No. Civ. 09-06034 BZ |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND REQUEST TO STAY ALL PROCEEDINGS PENDING APPROVAL OF SETTLEMENT |
| COUNTY OF CONTRA COSTA, et al., | |
| Defendants. | [~~PROPOSED~~] ORDER |
| | Case Management Conference Currently Set for April 5, 2010 4:00 p.m. |

On March 29, 2010 the parties reached a tentative settlement of this action with the assistance of court appointed mediator Ellen S. James. The settlement is subject to approval and action by the Contra Costa County Board of Supervisors.

Because the County must follow a series of procedures in order finally to approve the settlement and take the required action, the parties have agreed that the County may have until June 30, 2010 to approve the settlement.

Stip and Proposed Order
Case No. Civ–09-6034 BZ

|   |   |   |   |
|---|---|---|---|
| 1 | | | Therefore, the parties respectfully request that the Court stay all further |
| 2 | proceedings in this action until July 1, 2010 and also continue the currently |
| 3 | scheduled Case Management Conference. |
| 4 | | | Subject to the approval of the Court, the parties request that the Case |
| 5 | Management Conference be continued to July 12, 2010 at 4:00 p.m.. |

Therefore, the parties respectfully request that the Court stay all further proceedings in this action until July 1, 2010 and also continue the currently scheduled Case Management Conference.

Subject to the approval of the Court, the parties request that the Case Management Conference be continued to July 12, 2010 at 4:00 p.m..

IT IS SO STIPULATED.

Dated: March 30, 2010       By:   /s/ Amitai Schwartz
                                  Counsel for Plaintiff


Dated: March 30, 2010       By:   /s/ Thomas L. Geiger
                                  Supervising Deputy County Counsel
                                  Counsel for Defendants


## ORDER

For good cause, all proceedings in this action are stayed through and including July 1, 2010. The case management conference in this matter is continued to July 12, 2010 at 4:00 p.m.

The parties shall stipulate to dismissal of the action or inform the Court at the earliest practical time of any developments affecting the foregoing schedule.

IT IS SO ORDERED.

Dated: 1 April 2010

Bernard Zimmerman
United States Magistrate Judge