1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   DANNY SCHER,                )
                                 )
12            Plaintiff(s),      )        No. C09-6034 BZ
                                 )
13      v.                       )        **CONDITIONAL ORDER**
                                 )        **OF DISMISSAL**
14   COUNTY OF CONTRA COSTA, et  )
     al.,                        )
15                               )
              Defendant(s).      )
16   _____ )

17

18        The parties to this matter having advised the Court that

19   they have agreed to a settlement, **IT IS HEREBY ORDERED** that

20   this action is **DISMISSED WITH PREJUDICE** and all scheduled

21   matters are **VACATED**; provided, however, that any party may,

22   within **90 days** of the date of this Order, move the Court to

23   restore this matter to the calendar on the grounds that the

24   settlement has not been consummated.

     Dated: May 4, 2010
25

26   _____
                    Bernard Zimmerman
27            United States Magistrate Judge

28
     G:\BZALL\-BZCASES\SCHER V. CTY. OF CONTRA COSTA\CONDITIONAL ORDER OF DISMISSAL.wpd

                                    1